B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                          Case No. _____

**Phillips Metals, Inc.** _____      Chapter **7** _____
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer        petition preparer is not an individual, state
Address:                                                        the Social Security number of the officer,
_____        principal, responsible person, or partner of
                                                                the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Phillips Metals, Inc.** _____        **X** _/s/_ _____  9/14/2017
Printed Name(s) of Debtor(s)                     Signature of Debtor                    Date

Case No. (if known) _____        **X** _____
                                                 Signature of Joint Debtor (if any)         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

**IN RE:**                                                    Case No. _____

Phillips Metals, Inc. _____    Chapter **7** _____

<span style="font-size:small">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 14, 2017** _____    _/s/_ _____
                                                                            Debtor

                                                                            _____
                                                                            Joint Debtor

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Phillips Metals, Inc.**
PO Box 1373
Plainfield, IL  60544-1373

**Foster Swift Colins and Smith**
313 S Washington Sq
Lansing, MI  48933-2114

**Total Quality Logistics**
600 W Van Buren St # 325
Chicago, IL  60607-3739

**M. Hedayat & Associates, P.C.**
1211 W Lakeview Ct
Romeoville, IL  60446-6501

**GM Financial Leasing**
75 Remittance Dr Dept 1738
Chicago, IL  60675-1738

**US Bank**
400 City Ctr
Oshkosh, WI  54901-4969

**American Express**
PO Box 981535
El Paso, TX  79998-1535

**IRS**
Centralized Insolvency Operation,
PO Box 21126
Philadelphia, PA  19114-0326

**Waste Management**
PO Box 4648
Carol Stream, IL  60197-4648

**ATS Logistics Services, Inc.**
c/o Richard T. Avis
PO Box 31579
Chicago, IL  60631-0579

**James Steel and Tube Company**
29774 Stephenson Hwy
Madison Heights, MI  48071-2340

**Capital One Bank**
PO Box 6492
Carol Stream, IL  60197-6492

**King of Freight**
110 S Main St Ste 300
Wichita, KS  67202-3751

**Capital One Menards**
PO Box 5253
Carol Stream, IL  60197-5253

**Maple Lane Properties, LLC**
c/o Michael D. Weis
PO Box 1166
Northbrook, IL  60065-1166

**Central Transport**
PO Box 33299
Detroit, MI  48232-5299

**Marcegaglia (China) Co., Ltd**
c/o Crowley & Lamb, P.C. Matthew L. Hend
221 N La Salle St Ste 1550
Chicago, IL  60601-1224

**Comcast Business**
PO Box 3001
Southeastern, PA  19398-3001

**Nicor**
PO Box 5407
Carol Stream, IL  60197-5407

**Evergreen Global**
515 E Grant Rd Ste 141
Tucson, AZ  85705-5700

**Power Freight Serives**
60 Orland Square Dr
Orland Park, IL  60462-6548

**Fifth Wheel Freight**
1331 E Grand River Ave Ste 203
Lansing, MI  48906-5463

**T & B Tube Company**
4000 E 7th Ave
Gary, IN  46403-2730

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Phillips Metals, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **27-0754861** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **618 Anderson Dr** **Romeoville, IL 60446-1288** Number, Street, City, State & ZIP Code | **PO Box 1373** **Plainfield, IL 60544-1373** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Will** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Phillips Metals, Inc.**                                              Case number (*if known*) _____
          Name

---

**7.    Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____                        Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor    **Phillips Metals, Inc.** _____    Case number (*if known*) _____
            Name

---

**11.  Why is the case filed in**    *Check all that apply:*
    *this district?*

�only ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ■ No
    **have possession of any**
    **real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
    **available funds**

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ■ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
    **creditors**               ☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
                                ☐ 100-199               ☐ 10,001-25,000        ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                            ■ $50,001 - $100,000         ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.  Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor    **Phillips Metals, Inc.** _____    Case number (_if known_) _____

Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2017**
MM / DD / YYYY

X **/s/**
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

X **/s/ Mazyar M. Hedayat**          Date **September 14, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**Mazyar M. Hedayat**
Printed name

**M. Hedayat & Associates, P.C.**
Firm name

**1211 W Lakeview Ct**
**Romeoville, IL 60446-6501**
Number, Street, City, State & ZIP Code

Contact phone  **(630) 378-2200**          Email address  **mhedayat@mha-law.com**

**6226806**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Phillips Metals, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 14, 2017**      X **/s/** _____
                                              Signature of individual signing on behalf of debtor

_____
Printed name

_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Phillips Metals, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

2.   **Cash on hand**                                                                  **$100.00**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account       Last 4 digits of account number

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                              **$100.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 60,000.00 | - | 60,000.00 = .... | **unknown** |
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Phillips Metals, Inc.**

Name

Case number *(If known)* _____

---

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $0.00 |
|---|---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**Metal Pipe** | 2/28/2017 | $20,098.35 | | $20,098.35 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $20,098.35 |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Phillips Metals, Inc.**                                    Case number *(If known)* _____
_____
Name

| 39. | **Office furniture** | | | |
|---|---|---|---|---|
| | Office furniture | $320.00 | Craigs List | $320.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Computers, Paper Shredder, Phone System | $420.00 | Craigs List | $420.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        $740.00
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  1996 Chevrolet<br>1996 Chevrolet Kodiak | $5,000.00 | Ebay | $5,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                        $5,000.00
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Phillips Metals, Inc.**                                     Case number *(If known)* _____
            Name

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Phillips Metals, Inc.**
Name

Case number *(if known)* _____

---

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,098.35 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $740.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,938.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,938.35 |

**Fill in this information to identify the case:**

Debtor name    **Phillips Metals, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Phillips Metals, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express**<br><br>PO Box 981535<br>El Paso, TX 79998-1535<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Credit Card**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,310.77** |
| **3.2** Nonpriority creditor's name and mailing address<br>**ATS Logistics Services, Inc.**<br>c/o Richard T. Avis<br>PO Box 31579<br>Chicago, IL 60631-0579<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **0027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Freight**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,598.03** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Capital One Bank**<br><br>PO Box 6492<br>Carol Stream, IL 60197-6492<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **7779** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Credit Card**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,843.79** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Capital One Menards**<br><br>PO Box 5253<br>Carol Stream, IL 60197-5253<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4547** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Credit Card**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,253.06** |

| Debtor | **Phillips Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Central Transport**

PO Box 33299
Detroit, MI 48232-5299

Date(s) debt was incurred __

Last 4 digits of account number  **6316**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$197.38**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Comcast Business**

PO Box 3001
Southeastern, PA 19398-3001

Date(s) debt was incurred __

Last 4 digits of account number  **4123**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$406.30**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Evergreen Global**

515 E Grant Rd Ste 141
Tucson, AZ 85705-5700

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Raw Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$245,000.00**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Fifth Wheel Freight**

1331 E Grand River Ave Ste 203
Lansing, MI 48906-5463

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$2,173.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**GM Financial Leasing**

75 Remittance Dr Dept 1738
Chicago, IL 60675-1738

Date(s) debt was incurred __

Last 4 digits of account number  **6783**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$6,479.22**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**IRS
Centralized Insolvency Operation,**
PO Box 21126
Philadelphia, PA 19114-0326

Date(s) debt was incurred __

Last 4 digits of account number  **4861**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Federal Taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$340.21**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**James Steel and Tube Company**

29774 Stephenson Hwy
Madison Heights, MI 48071-2340

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Metal Tubes**

Is the claim subject to offset? ■ No ☐ Yes

**$32,927.95**

---

| Debtor | **Phillips Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,545.00**

King of Freight

110 S Main St Ste 300
Wichita, KS 67202-3751

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Frieght**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,689.00**

Maple Lane Properties, LLC
c/o Michael D. Weis
PO Box 1166
Northbrook, IL 60065-1166

Date(s) debt was incurred __
Last 4 digits of account number **2670**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$647,427.23**

Marcegaglia (China) Co., Ltd
c/o Crowley & Lamb, P.C. Matthew L. Hend
221 N La Salle St Ste 1550
Chicago, IL 60601-1224

Date(s) debt was incurred __
Last 4 digits of account number **2346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Metal Tubing**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$244.60**

Nicor

PO Box 5407
Carol Stream, IL 60197-5407

Date(s) debt was incurred __
Last 4 digits of account number **8871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$918.02**

Power Freight Serives

60 Orland Square Dr
Orland Park, IL 60462-6548

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,880.96**

T & B Tube Company

4000 E 7th Ave
Gary, IN 46403-2730

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Metal Tube**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

Total Quality Logistics

600 W Van Buren St # 325
Chicago, IL 60607-3739

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Phillips Metals, Inc.** | Case number (if known) | |
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247,568.84 |

**US Bank**

**400 City Ctr**
**Oshkosh, WI 54901-4969**

Date(s) debt was incurred __

Last 4 digits of account number  **7101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.75 |

**Waste Management**

**PO Box 4648**
**Carol Stream, IL 60197-4648**

Date(s) debt was incurred __

Last 4 digits of account number  **3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Removal**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Foster Swift Colins and Smith**<br>**313 S Washington Sq**<br>**Lansing, MI 48933-2114** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  1,340,971.11 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  1,340,971.11 |

**Fill in this information to identify the case:**

Debtor name    **Phillips Metals, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**Phillips Metals, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Richard Phillips | 12946 Bradford Ln Plainfield, IL 60585-2106 | American Express | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | Richard Phillips | 12946 Bradford Ln Plainfield, IL 60585-2106 | Capital One Bank | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.3 | Richard Phillips | 12946 Bradford Ln Plainfield, IL 60585-2106 | Capital One Menards | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.4 | Richard Phillips | 12946 Bradford Ln Plainfield, IL 60585-2106 | Comcast Business | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.5 | Richard Phillips | 12946 Bradford Ln Plainfield, IL 60585-2106 | Maple Lane Properties, LLC | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.6 | Richard Phillips | 12946 Bradford Ln Plainfield, IL 60585-2106 | Marcegaglia (China) Co., Ltd | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |

| Debtor | **Phillips Metals, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.7 **Richard Phillips** | **12946 Bradford Ln**<br>**Plainfield, IL 60585-2106** | **Nicor** | ☐ D _____<br>■ E/F **3.15**<br>☐ G _____ |
| 2.8 **Richard Phillips** | **12946 Bradford Ln**<br>**Plainfield, IL 60585-2106** | **US Bank** | ☐ D _____<br>■ E/F **3.19**<br>☐ G _____ |
| 2.9 **Richard Phillips** | **12946 Bradford Ln**<br>**Plainfield, IL 60585-2106** | **Waste Management** | ☐ D _____<br>■ E/F **3.20**<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **Phillips Metals, Inc.** _____   Case No. _____
                                        Debtor(s)                    Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................   $         **7,000.00**

    Prior to the filing of this statement I have received ...............................   $         **7,000.00**

    Balance Due ............................................................................................   $            **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 14, 2017** _____       **/s/ Mazyar M. Hedayat** _____
_Date_                                                **Mazyar M. Hedayat**
                                                      _Signature of Attorney_
                                                      **M. Hedayat & Associates, P.C.**

                                                      **1211 W Lakeview Ct**
                                                      **Romeoville, IL 60446-6501**
                                                      **(630) 378-2200   Fax: (630) 447-0067**
                                                      **mhedayat@mha-law.com**
                                                      _Name of law firm_

---