# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Phillips Metals, Inc. | § | Case No. 17-27469 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/14/2017 . The undersigned trustee was appointed on 09/14/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 8,467.80 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,267.54 |
| Bank service fees | | 51.98 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,148.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2018 and the deadline for filing governmental claims was 01/17/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,596.78 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,596.78 , for a total compensation of $ 1,596.78 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 18.19 , for total expenses of $ 18.19 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2019                    By:/s/Zane L. Zielinski, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-27469 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Phillips Metals, Inc. | | | | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/2017 |
| For Period Ending: | 04/23/2019 | | | | Claims Bar Date: | 01/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 100.00 | 0.00 | | 67.80 | FA |
| 2. Accounts Receivable | 60,000.00 | 0.00 | | 0.00 | FA |
| 3. Metal Pipe | 20,098.35 | 20,098.35 | | 7,000.00 | FA |
| 4. Office Furniture | 320.00 | 0.00 | | 0.00 | FA |
| 5. Office equipment, computers, shredder, phone system | 420.00 | 0.00 | | 0.00 | FA |
| 6. 1996 Chevrolet Kodiak | 5,000.00 | 5,000.00 | | 1,400.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $85,938.35   $25,098.35   $8,467.80   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing claims and preparing final report.

| RE PROP # | 2 | -- | The Trustee found there was insufficient information to proceed to collect on this claim. |
| RE PROP # | 3 | -- | The Trustee has received a 3rd party offer to buy the Metal Pipe for $7,000. |
| RE PROP # | 4 | -- | The Truste had an auction review the equipment and determined it had no consequential value to the estate. |
| RE PROP # | 5 | -- | The Trustee has review the equipment and it has no consequential value. |

Initial Projected Date of Final Report (TFR): 12/31/2018     Current Projected Date of Final Report (TFR): 02/28/2019

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-27469 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Phillips Metals, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2260 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4861 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/23/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/18/17 | 1 | Heartland Bank Cashier's Check Funds that close the account | Bank Account | 1129-000 | $67.80 | | $67.80 |
| 01/11/18 | | American auction associates, Inc. 508 West Brittany Drive Arlington Heights, IL 6004 | Sale of Vehicle | | $832.46 | | $900.26 |
| | | | Gross Receipts $1,400.00 | | | | |
| | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL | ($567.54) | 3620-000 | | | |
| | 6 | | 1996 Chevrolet Kodiak $1,400.00 | 1129-000 | | | |
| 07/26/18 | | Heath Industrial Auction Services, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | | | $6,300.00 | | $7,200.26 |
| | | | Gross Receipts $7,000.00 | | | | |
| | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL | ($700.00) | 3620-000 | | | |
| | 3 | | Metal Pipe $7,000.00 | 1129-000 | | | |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,190.26 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.69 | $7,179.57 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.33 | $7,169.24 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.66 | $7,158.58 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.30 | $7,148.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:                    $7,200.26        $51.98

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $7,200.26 | $51.98 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,200.26 | $51.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,200.26 | $51.98 |

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-27469 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Phillips Metals, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0139 |
| | Checking |
| Taxpayer ID No: XX-XXX4861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/23/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0139 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX2260 - Checking | $7,200.26 | $51.98 | $7,148.28 |
|  | $7,200.26 | $51.98 | $7,148.28 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,267.54 |
|---|---|
| Total Net Deposits: | $7,200.26 |
| Total Gross Receipts: | $8,467.80 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-27469  
Debtor Name: Phillips Metals, Inc.  
Claims Bar Date: 1/17/2018  
Date: April 26, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,596.78 | $1,596.78 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $18.19 | $18.19 |
| 100 3620 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL | Administrative | Commission of $700 and costs for sale of the vehicle. | $0.00 | $1,267.54 | $1,267.54 |
| 6 280 5800 | Indiana Department Of Revenue<br>Bankruptcy Section<br>100 N Senate Ave<br>Indianapolis, In 46204 | Priority | | $0.00 | $1,251.81 | $1,251.81 |
| 8 280 5800 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Priority | This claim was amended. The claims docket shows the incorrect amount of the claim. | $0.00 | $238.43 | $238.43 |
| 9 280 5800 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Priority | This claim was withdrawn. | $0.00 | $2,410.98 | $2,410.98 |
| 1 300 7100 | Maple Lane Properties, Llc<br>C/O Michael D. Weis<br>Po Box 1166<br>Northbrook, Il 60065-1166 | Unsecured | | $0.00 | $111,689.22 | $111,689.22 |
| 2 300 7100 | James Steel & Tube Co.<br>Avis Industrial Corporation<br>1909 S. Main Street<br>Po Box 548<br>Upland, In 46989 | Unsecured | | $0.00 | $32,928.79 | $32,928.79 |
| 3 300 7100 | American Express Bank, Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $8,559.26 | $8,559.26 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-27469  
Debtor Name: Phillips Metals, Inc.  
Claims Bar Date: 1/17/2018  
Date: April 26, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Marcegaglia (China) Co., Ltd.<br>Buchanan Ingersoil & Rooney<br>C/O T Shulsky<br>301 Grant St., 20Th Floor<br>Pittsburgh, Pa 15219 | Unsecured | | $0.00 | $647,427.23 | $647,427.23 |
| 6a<br>300<br>7100 | Indiana Department Of Revenue<br>Bankruptcy Section<br>100 N Senate Ave<br>Indianapolis, In 46204 | Unsecured | Unsecured non-priorty portion of claim 6. | $0.00 | $123.33 | $123.00 |
| 7<br>300<br>7100 | Illinois Department Of Revenue-<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, Il 62794-9035 | Unsecured | | $0.00 | $69.35 | $69.35 |
| 8a<br>300<br>7100 | Illinois Department Of<br>Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Unsecured | the unsecured portion of Claim #8 | $0.00 | $90.00 | $80.00 |
| 9a<br>300<br>7100 | Illinois Department Of<br>Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Unsecured | This is the unsecured portion of Claim 9. This claim was withdrawn. | $0.00 | $185.65 | $185.65 |
| 4<br>400<br>4110 | States Resources Corp.<br>2211 S 156Th Cir<br>Omaha, Ne 68130 | Secured | | $0.00 | $80,000.00 | $80,000.00 |
| | Case Totals | | | $0.00 | $887,856.56 | $887,846.23 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-27469
Case Name: Phillips Metals, Inc.
Trustee Name: Zane L. Zielinski, Trustee

| | Balance on hand | $ | 7,148.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | States Resources Corp. | $ 80,000.00 | $ 80,000.00 | $ 0.00 | $ 5,533.31 |

| Total to be paid to secured creditors | $ 5,533.31 |
| Remaining Balance | $ 1,614.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,596.78 | $ 0.00 | $ 1,596.78 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 18.19 | $ 0.00 | $ 18.19 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 1,267.54 | $ 1,267.54 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 1,614.97 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,490.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Indiana Department Of Revenue | $ 1,251.81 | $ 0.00 | $ 0.00 |
| 8 | Illinois Department Of Employment Security | $ 238.43 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 800,876.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Maple Lane Properties, Llc | $ 111,689.22 | $ 0.00 | $ 0.00 |
| 2 | James Steel & Tube Co. | $ 32,928.79 | $ 0.00 | $ 0.00 |
| 3 | American Express Bank, Fsb | $ 8,559.26 | $ 0.00 | $ 0.00 |
| 5 | Marcegaglia (China) Co., Ltd. | $ 647,427.23 | $ 0.00 | $ 0.00 |
| 6a | Indiana Department Of Revenue | $ 123.00 | $ 0.00 | $ 0.00 |
| 7 | Illinois Department Of Revenue-Bankruptcy Unit | $ 69.35 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8a | Illinois Department Of Employment Security | $ 80.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE