**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **PHILLIPS METALS, INC.,** | Bankruptcy No. 17-27469 |
| Debtors. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #26)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 13, 2019.

Dated: May 13, 2019

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **PHILLIPS METALS, INC,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
    **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 17-27469

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Mazyar M Hedayat**   mhedayat@mha-law.com, eshepherd@mha-law.com;jyoung@mha-law.com;g1250@notify.cincompass.com
- **Matthew L. Hendricksen**   mhendricksen@plunkettcooney.com, lsavitch@plunkettcooney.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Amy T Ryan**   atr@mllfpc.com

**Manual Notice List**

Indiana Department Of Revenue
Bankruptcy Section
100 N Senate Ave
Indianapolis, In 46204

Illinois Department Of Employment Security
33 S State St., 10Th Flr Coll. Bkry
Chicago, Illinois 60603
Attn. Amelia T. Yabes

Maple Lane Properties, Llc
C/O Michael D. Weis
Po Box 1166
Northbrook, Il 60065-1166

James Steel & Tube Co.
Avis Industrial Corporation
1909 S. Main Street
Po Box 548
Upland, In 46989

American Express Bank, Fsb
C/O Becket And Lee Llp
Po Box 3001
Malvern Pa 19355-0701

Marcegaglia (China) Co., Ltd.
Buchanan Ingersoil & Rooney
C/O T Shulsky
301 Grant St., 20Th Floor
Pittsburgh, Pa 15219

Illinois Department Of Revenue-Bankruptcy Unit
P.O. Box 19035
Springfield, Il 62794-9035

States Resources Corp.
2211 S 156Th Cir
Omaha, Ne 68130

**Phillips Metals, Inc.**
PO Box 1373
Plainfield, IL 60544-1373